DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEOPLES GAS SYSTEM,** a division of Tampa Electric Company**,**
Petitioner,

v.

**UNIVERSAL PROPERTY & CASUALTY INSURANCE,** et al.,
Respondents.

No. 4D22-2241

[February 15, 2023]

Petition for writ of certiorari to the Circuit Court for the Seventeenth Judicial Circuit, Broward County: Patti E. Henning, Judge; L.T. Case No. CACE20-90000.

Stacy D. Blank, Martin E. Burke and Brandon Faulkner of Holland & Knight LLP, Tampa, for petitioner.

Philip M. Burlington and Jeffrey V. Mansell of Burlington & Rockenbach, P.A., West Palm Beach, for respondents.

PER CURIAM.

The petition for writ of certiorari is denied. *See Grinnell Corp. v. Palms 2100 Ocean Blvd., Ltd.* 924 So. 2d 887 (Fla. 4th DCA 2006).

*Petition denied.*

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***